UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>KELLY THOMAS JACKSON,<br><br>      Defendant. | NO. MJ20-571<br><br>NOTICE OF APPEARANCE |

## NOTICE OF APPEARANCE

Please take notice that Robert Goldsmith hereby enters his appearance as counsel FOR, **KELLY THOMAS JACKSON,** in the above matter and requests that all pleadings and notices be sent to him at the following address: 705 Second Avenue, Suite 1300, Seattle, WA 98104, and that all discovery under Local Rule 16 be provided.

Dated 9 September 2020.          Respectfully submitted,


                  /s/ R. Goldsmith
                  Robert Goldsmith, WSBA #12265
                  Email: Bobgoldsmith52@gmail.com
                  Attorney for Defendant

NOTICE OF APPEARANCE - 1

                        **ROBERT W. GOLDSMITH**
                        *Attorney at law*
                        705 Second Ave.
                      Seattle, WA  98104
                       (206) 623-1592

CERTIFICATE OF SERVICE

    I hereby certify that on the 9th day of Sept., 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent electronically to the Assistant U.S. Attorney, counsel of record for the Government.

DATED this 9th day of Sept., 2020

.

                /s/ *R. Goldsmith*
                Robert Goldsmith, WSBA # 12265
                Email: Bobgoldsmith52@gmail.com
                Attorney for defendant

NOTICE OF APPEARANCE - 2

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-1592