Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KELLY THOMAS JACKSON, <br><br> Defendant. | NO.  MJ20-571 <br><br> MOTION FOR DETENTION |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. 3142(e) and (f)

1.    **Eligibility of Case.**  This case is eligible for a detention order because this case involves (check all that apply):

☒    Crime of violence (18 U.S.C. 3156).

☐    Crime of Terrorism (18 U.S.C. 2332b (g)(5)(B)) with a maximum sentence of ten years or more.

☐    Crime with a maximum sentence of life imprisonment or death.

☐    Drug offense with a maximum sentence of ten years or more.

MOTION FOR DETENTION - 1

☐    Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed.

☐    Felony offense involving a minor victim other than a crime of violence.

☒    Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. 921), or any other dangerous weapon.

☐    Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. 2250).

☒    Serious risk the defendant will flee.

☐    Serious risk of obstruction of justice, including intimidation of a prospective witness or juror.

2.    **Reason for Detention.**  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

☒    Defendant's appearance as required.

☒    Safety of any other person and the community.

3.    **Rebuttable Presumption.**  The United States _**will invoke**_ the rebuttable presumption against defendant under 3142(e). The presumption applies because:

☒    Probable cause to believe defendant committed an offense listed in 18 U.S.C. § 2332b(g)(5)(B).

_**Legal authority**_: The Bail Reform Act, at Title 18, United States Code, Section 3142(e)(3)(C), provides a rebuttable presumption for detention in cases like the instant one, where a defendant is charged with an offense listed in 18 U.S.C. § 2332b(g)(5)(B).   Arson, in violation of Title 18, United States Code, Section 844(i), is such an offense.

MOTION FOR DETENTION - 2

1    4.    **Time for Detention Hearing.**  The United States requests the Court

2  conduct the detention hearing:

3    ☒    At the initial appearance

4    ☐    After a continuance of ____days (not more than 3)

5

6    DATED this 9th day of September, 2020.

7

8                                    Respectfully submitted,

9                                    BRIAN T. MORAN

10                                   United States Attorney

11

12                                   __/s Todd Greenberg_____

13                                   TODD GREENBERG
                                     Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970