
CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington
By /s/
Deputy Clerk

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington

FID# 1078173 1

USMS# 50288-086

United States of America
v.

KELLY THOMAS JACKSON

Defendant

Case No.   MJ20-571

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **KELLY THOMAS JACKSON**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of Destructive Devices, 26 U.S.C. 5861(d)
Arson, 18 U.S.C. 844(f)(1) and 844(i)

Date:   09/02/2020

*Issuing officer's signature*

City and state:   Seattle, Washington

Michelle L. Peterson, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 9/9/2020, and the person was arrested on *(date)* 9/9/2020
at *(city and state)* Edmonds, WA.

Date: 9/9/2020

*Arresting officer's signature*

C GEBERNHARDT SR DUSP #5286
*Printed name and title*